EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD
ATLANTA, GA 30339 4024

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/28/2020 |
| PAY PERIOD END: | 01/10/2021 |
| ADVICE DATE: | 01/15/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/10/2021: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 01/10/2021: | 0:00 HOURS |

ASSOCIATE NAME: RICHARD MCNAIR            ASSOCIATE ID: 133188912

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | MARRIED FILING JOINTLY (OR QUALIFYING WIDOW(ER)) | 0 | 0 | GROSS WAGES: | 1,538.47 |
| | | | | NET WAGES: | 1,281.63 |
| STATE | E - HEAD OF HOUSEHOLD | 0 | 0 | NET PAY: | 1,281.63 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 12/28/2020-01/10/2021 | | 80.00 | 1,538.47 | 1,538.47 |
| TOTAL HOURS: | | | 80.00 | | |
| TOTAL GROSS WAGES: | | | | 1,538.47 | 1,538.47 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD PLAN | 8.41 | 8.41 |
| TOTAL: | 8.41 | 8.41 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 2.35 | 2.35 |
| SUPPLIFE | 7.92 | 7.92 |
| AD&D | 3.42 | 3.42 |
| SPOUSE LIFE | 4.83 | 4.83 |
| CHILD LIFE | 1.15 | 1.15 |
| TOTAL: | 19.67 | 19.67 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 95.91 | 95.91 |
| MEDICARE | 22.43 | 22.43 |
| FEDERAL WITHHOLDING | 62.36 | 62.36 |
| STATE TAX - GA | 56.47 | 56.47 |
| TOTAL: | 237.17 | 237.17 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ████████ | ****** | ****** | 1,281.63 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

1

EARNINGS STATEMENT (US)



| HOME DEPOT U.S.A., INC. | | |
|---|---|---|
| 2455 PACES FERRY ROAD | | |
| ATLANTA, GA 30339 4024 | | |

| | |
|---|---|
| PAY PERIOD BEGIN: | 01/11/2021 |
| PAY PERIOD END: | 01/24/2021 |
| ADVICE DATE: | 01/29/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/24/2021: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 01/24/2021: | 0:00 HOURS |

| ASSOCIATE NAME: | RICHARD MCNAIR | | ASSOCIATE ID: | | 133188912 |
|---|---|---|---|---|---|
| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 1,538.47 |
| FED INC TX | MARRIED FILING JOINTLY (OR QUALIFYING WIDOW(ER)) | 0 | 0 | NET WAGES: | 1,281.62 |
| STATE | E - HEAD OF HOUSEHOLD | 0 | 0 | NET PAY: | 1,281.62 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 01/11/2021-01/24/2021 | | 80.00 | 1,538.47 | 3,076.94 |
| TOTAL HOURS: | | | 80.00 | | |
| TOTAL GROSS WAGES: | | | | 1,538.47 | 3,076.94 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD PLAN | 8.52 | 16.93 |
| TOTAL: | 8.52 | 16.93 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 2.35 | 4.70 |
| SUPPLIFE | 7.92 | 15.84 |
| AD&D | 3.42 | 6.84 |
| SPOUSE LIFE | 4.83 | 9.66 |
| CHILD LIFE | 1.15 | 2.30 |
| TOTAL: | 19.67 | 39.34 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 95.91 | 191.82 |
| MEDICARE | 22.43 | 44.86 |
| FEDERAL WITHHOLDING | 62.37 | 124.73 |
| STATE TAX - GA | 56.47 | 112.94 |
| TOTAL: | 237.18 | 474.35 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ######0552 | ****** | ****** | 1,281.62 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

1

EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD
ATLANTA, GA 30339 4024

| | |
|---|---|
| PAY PERIOD BEGIN: | 01/25/2021 |
| PAY PERIOD END: | 02/07/2021 |
| ADVICE DATE: | 02/12/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 02/07/2021: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 02/07/2021: | 0:00 HOURS |

ASSOCIATE NAME: RICHARD MCNAIR          ASSOCIATE ID: 133188912

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | MARRIED FILING JOINTLY (OR QUALIFYING WIDOW(ER)) | 0 | 0 | GROSS WAGES: | 1,538.47 |
| | | | | NET WAGES: | 1,281.62 |
| STATE | E - HEAD OF HOUSEHOLD | 0 | 0 | NET PAY: | 1,281.62 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 01/25/2021-02/07/2021 | | 80.00 | 1,538.47 | 4,615.41 |
| | | | | | |
| TOTAL HOURS: | | | 80.00 | | |
| TOTAL GROSS WAGES: | | | | 1,538.47 | 4,615.41 |

| EXPENSE REIMBURSEMENT | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| LTD PLAN | 8.52 | 25.45 |
| TOTAL: | 8.52 | 25.45 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| BASIC LIFE | 2.35 | 7.05 |
| SUPPLIFE | 7.92 | 23.76 |
| AD&D | 3.42 | 10.26 |
| SPOUSE LIFE | 4.83 | 14.49 |
| CHILD LIFE | 1.15 | 3.45 |
| TOTAL: | 19.67 | 59.01 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 95.91 | 287.73 |
| MEDICARE | 22.43 | 67.29 |
| FEDERAL WITHHOLDING | 62.37 | 187.10 |
| STATE TAX - GA | 56.47 | 169.41 |
| TOTAL : | 237.18 | 711.53 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ****0559 | ****** | ****** | 1,281.62 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

1

EARNINGS STATEMENT (US)



| HOME DEPOT U.S.A., INC. | | |
|---|---|---|
| 2455 PACES FERRY ROAD | PAY PERIOD BEGIN: | 02/08/2021 |
| ATLANTA, GA 30339 4024 | PAY PERIOD END: | 02/21/2021 |
| | ADVICE DATE: | 02/26/2021 |
| | ADVICE NUMBER: | 0 |
| | AVAILABLE SICK AS OF 02/21/2021: | 0:00 HOURS |
| | AVAILABLE VACATION AS OF 02/21/2021: | 0:00 HOURS |

| ASSOCIATE NAME: | RICHARD MCNAIR | ASSOCIATE ID: | 133188912 |
|---|---|---|---|

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | MARRIED FILING JOINTLY (OR QUALIFYING WIDOW(ER)) | 0 | 0 | GROSS WAGES: | 1,538.47 |
| | | | | NET WAGES: | 1,281.61 |
| STATE | E - HEAD OF HOUSEHOLD | 0 | 0 | NET PAY: | 1,281.61 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 02/08/2021-02/21/2021 | | 80.00 | 1,538.47 | 6,153.88 |
| TOTAL HOURS: | | | 80.00 | | |
| TOTAL GROSS WAGES: | | | | 1,538.47 | 6,153.88 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| LTD PLAN | 8.52 | 33.97 |
| TOTAL: | 8.52 | 33.97 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE | 2.35 | 9.40 |
| SUPPLIFE | 7.92 | 31.68 |
| AD&D | 3.42 | 13.68 |
| SPOUSE LIFE | 4.83 | 19.32 |
| CHILD LIFE | 1.15 | 4.60 |
| TOTAL: | 19.67 | 78.68 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| OASDI | 95.92 | 383.65 |
| MEDICARE | 22.43 | 89.72 |
| FEDERAL WITHHOLDING | 62.37 | 249.47 |
| STATE TAX - GA | 56.47 | 225.88 |
| TOTAL: | 237.19 | 948.72 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| 0562 | ****** | ****** | 1,281.61 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

1